**Dennis L. BADEN, Appellant,**

v.

**STATE of Alaska, Appellee.**

**No. 4968.**

Supreme Court of Alaska.

Oct. 31, 1980.

■

David C. Backstrom, Deputy Public Defender, Fairbanks, and Brian Shortell, Public Defender, Anchorage, for appellant.

Paul E. Olson, Asst. Dist. Atty., Harry L. Davis, Dist. Atty., Fairbanks, and Avrum M. Gross, Atty. Gen., Juneau, for appellee.

Before RABINOWITZ, C. J., CONNOR, BURKE and MATTHEWS, JJ., and DIMOND, Senior Justice.

## OPINION

PER CURIAM.

The supplemental judgment of the superior court revoking the defendant's probation and revising his sentence is AFFIRMED on the authority of *State v. Sears*, 553 P.2d 907 (Alaska 1976), and *Gonzales v. State*, 586 P.2d 178 (Alaska 1978).

CONNOR, J., dissents, joined by DIMOND, Senior Justice.

CONNOR, Justice, with whom DIMOND, Senior Justice, joins, dissenting.

I dissent from the holding in this case for the reasons given in my dissenting opinion in *State v. Sears*, 553 P.2d 907, 915 (Alaska 1976).